UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CIV-25321-WILLIAMS/DAMIAN

TERESITA IVONNE GUTIERREZ,

    Plaintiff,

v.

KILOLO KIJAKAZI, *acting Commissioner of Social Security*,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Melissa Damian's Report and Recommendation ("Report") (DE 23) on Plaintiff Teresita Ivonne Gutierrez's ("Ms. Gutierrez's") Motion for Summary Judgment (DE 16) and Defendant's Cross-Motion for Summary Judgment (DE 20).[1] No objections were filed to the Report, which recommends the Court deny Ms. Gutierrez's Motion for Summary Judgment and grant Defendant's Cross-Motion for Summary Judgment. (DE 23 at 18.) The Report finds that the Administrative Law Judge's ("ALJ's") "decision denying Ms. Gutierrez's claims for SSI and SSDI are supported by substantial record evidence and that the ALJ applied the correct legal standards." (*Id*.) Upon a careful review of the Report and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge Damian's Report (DE 23) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (DE 16) is **DENIED**.

3. Defendant's Cross-Motion for Summary Judgment (DE 20) is **GRANTED**.

---

[1] Defendant filed a joint Response in Opposition and Cross-Motion for Summary Judgment (DE 20; DE 21 (repeat filing)) to which Ms. Gutierrez filed a Reply (DE 22).

4. The Clerk is ordered to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE